

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00866-CV

**IN THE INTEREST OF C.D.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02739
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant Mom's brief was due to be filed with this court on January 29, 2020. *See* TEX. R. APP. P. 38.6(a). On the due date, Mom filed a motion for a nine-day extension of time to file her brief.

Appellant Mom's motion is GRANTED. Her brief is due on February 7, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court